1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   NATHANEAL JAMES CARTER,                No.  2:24-cv-0165 CKD P

12              Plaintiff,

13        v.                                ORDER

14   D. MURPHY, et al.,

15              Defendants.

16

17        On August 26, 2025, defendants filed a motion for summary judgment.  Plaintiff has not

18   opposed the motion.  Good cause appearing, IT IS HEREBY ORDERED that within thirty days

19   of the date of this order, plaintiff shall file an opposition or a statement of non-opposition to the

20   motion for summary judgment.  Failure to comply with this order will result in dismissal of this

21   action pursuant to Federal Rule of Civil Procedure 41(b).

22   Dated:  October 3, 2025

23

24                                          CAROLYN K. DELANEY
                                            UNITED STATES MAGISTRATE JUDGE
25

26

27   1
     will1230.46
28